AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Jose Munoz <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Carniceria Calle 103 Mini-Market Corp. d/b/a <br> Carniceria Calle 103 and Luder Calle <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  25-cv-03930  OEM-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   All Defendants Named in the Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Rapaport
Rapaport Law Firm, PLLC
80 Eighth Avenue, Suite 206
New York, New York 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  7/16/2025   _____          s/ *Kimberly Davis*
                                            *Signature of Clerk or Deputy Clerk*

Marc A. Rapaport, Esq.
RAPAPORT LAW FIRM, PLLC
80 Eighth Avenue, Suite 206
New York, New York 10011
Ph: (212) 382-1600
Fax: (212) 382-0920
mrapaport@rapaportlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MUNOZ,

                        Plaintiff,                        **Case No. 25-cv-03930** OEM-PK

       -against-

                                              **PROPOSED SUMMONS RIDER**

CARNICERIA CALLE 103 MINI-MARKET CORP.
d/b/a CARNICERIA CALLE 103 and LUDER
CALLE,

                       Defendants.
-----------------------------------------------------------------X

## DEFENDANTS' ADDRESSES AND COUNTIES

- Carniceria Calle 103 Mini-Market Corp. d/b/a Carniceria Calle 103
  37-12 103rd Street
  Flushing, New York 11368
  (Queens County)

- Luder Calle
  37-12 103rd Street
  Flushing, New York 11368
  (Queens County)